# IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

## NO. 2017-CP-00309-COA

**KELLY MANN A/K/A KELLY M. MANN**  **APPELLANT**

**v.**

**STATE OF MISSISSIPPI**  **APPELLEE**

DATE OF JUDGMENT:                    02/21/2017
TRIAL JUDGE:                         HON. CHRISTOPHER A. COLLINS
COURT FROM WHICH APPEALED:           LEAKE COUNTY CIRCUIT COURT
ATTORNEY FOR APPELLANT:              KELLY MANN (PRO SE)
ATTORNEY FOR APPELLEE:               OFFICE OF THE ATTORNEY GENERAL
                                     BY: SCOTT STUART
NATURE OF THE CASE:                  CIVIL - POST-CONVICTION RELIEF
DISPOSITION:                         AFFIRMED: 05/01/2018
MOTION FOR REHEARING FILED:
MANDATE ISSUED:

**BEFORE IRVING, P.J., FAIR AND WILSON, JJ.**

**FAIR, J., FOR THE COURT:**

¶1.     Kelly Mann appeals the denial and dismissal of his sixth motion for post-conviction relief (PCR) from convictions of murder and armed robbery, the results of his guilty plea. The Circuit Judge held that the "claims/arguments are the same as the ones previously dismissed by this Court" in prior PCR petitions. In his judgment, he again found those claims procedurally barred. Mann again appeals. Basing our decision on the directly on point opinion handed down in *Mann v. State*, 167 So. 3d 279 (Miss. Ct. App. 2015), we again find the judgment before us should be affirmed.

¶2.     **AFFIRMED.**

**LEE, C.J., IRVING AND GRIFFIS, P.JJ., BARNES, CARLTON, WILSON, GREENLEE, WESTBROOKS AND TINDELL, JJ., CONCUR.**